# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **ARTHUR "JACK" SCHUBARTH,** Defendant. | **CR 24-06-GF-BMM** **ORDER** |

The United States has filed a motion asking the Court to continue the sentencing hearing and final presentence report deadlines, currently set for July 11, 2024 and June 18, 2024 respectively. (Doc. 24). The motion is unopposed. The Court hereby finds there is good cause for the motion. Accordingly, **IT IS HEREBY ORDERED** that the sentencing hearing scheduled on July 11, 2024 is **VACATED**. **IT IS FURTHER ORDERED** that the June 18, 2024, deadline for the presentence report is **VACATED.** I**T IS FURTHER ORDERED** that the sentencing hearing is reset for **August 26, 2024 at 1:30 p.m.** before the Honorable Brian M. Morris. IT IS FURTHER ORDERED that the presentence report, in final form, shall be delivered to the Court and the parties **ON OR BEFORE August 21, 2024**.

DATED this 11th day of June, 2024.

_____
Brian Morris, Chief District Judge
United States District Court