# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **ARTHUR "JACK" SCHUBARTH,** Defendant. | CR 24-00006-GF-BMM **ORDER** |

The United States of America has filed a motion asking the Court to amend the Judgment entered on September 30, 2024, to direct the fine imposed to the Lacey Act Reward Fund. IT IS HEREBY ORDERED that the United States of America's motion is granted, and that the Judgment shall be amended to reflect the following:

1. The Defendant shall pay a fine of $20,000 to the Lacey Act Reward Fund, USFWS, Cost Accounting Section, P.O. Box 272065, Denver, CO 80227-9060, with the note "Case No. CR 24-06-GF-BMM".

DATED this 2nd day of October 2024.

_____
Brian Morris, Chief District Judge
United States District Courts