IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. ARTHUR "JACK" SCHUBARTH, Defendant. | CR 24-06-GF-BMM<br><br>**ORDER** |
|---|---|

Upon consideration of Defendant, ARTHUR "JACK" SCHUBARTH's, and Plaintiff, UNITED STATES OF AMERICA's, Joint Motion to Extend Report Date, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall remain on release status, under the previously imposed conditions, until December 31, 2024, after which date the Bureau of Prisons may provide the Defendant a date certain to report. Defendant shall file a status report no later than December 1, 2024 regarding the status of the remaining sheep to be surrendered.

Dated this 2nd day of October, 2024.

_____
Brian Morris, Chief District Judge
United States District Courts