IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ARTHUR "JACK" SCHUBARTH,<br><br><br>Defendant. | CR 24-06-GF-BMM<br><br><br>**ORDER** |

Upon consideration of Defendant, ARTHUR "JACK" SCHUBARTH's, Unopposed Motion to Extend Report Date, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant shall remain on release status, under the previously imposed conditions, until January 31, 2025, after which date the Bureau of Prisons may provide the Defendant a date certain to report.

Dated this 23rd day of December, 2024.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court