PROB 12A
Rev 08-18

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA
### Report on Offender Under Supervision

**Name of Offender:** Arthur Jack Schubarth                **Docket Number:** 0977 4:24CR00006-001

**Name of Sentencing Judicial Officer:**   THE HONORABLE BRIAN MORRIS
                                            CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/30/2024

**Original Offense:** 16:3372.F; PROHIBITED ACTS - OTHER THAN MARKING OFFENSE; 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES; 16:3373.F; IMPORTS/EXPORTS FISH - WILDLIFE OR PLANTS

**Original Sentence:**   6 months Bureau of Prisons, to be followed by 36 months supervised release

**Type of Supervision:** Probation                **Date Supervision Commenced:** 01/06/2025

## NON-COMPLIANCE SUMMARY

### Background

On 09/30/2024, the defendant appeared before THE HONORABLE BRIAN MORRIS, Chief United States District Judge, having plead guilty to the offenses of 16:3372.F; PROHIBITED ACTS - OTHER THAN MARKING OFFENSE; 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES; 16:3373.F; IMPORTS/EXPORTS FISH - WILDLIFE OR PLANTS. The offenses involved the defendant engaging in unlawful breeding activity of Marco Polo argali sheep and bighorn sheep. He falsely identified the illicit offspring and sold them throughout the United States. The defendant was sentenced to 6 months imprisonment; however, he never had to report to custody due to his sentence being reduced to 3 years probation pursuant to Rule 35, on 01/06/2025. He began his term of supervision that same date.

Since that time, the probation officer believes the defendant has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition 6: IT IS ORDERED** that the defendant has the ability to pay a fine and hereby orders the defendant pay a fine of $20,000. Payment shall be sent to: Lacey Act Reward Fund, USFWS, Cost Accounting Section, P.O. Box 272065, Denver, CO 80227-9060, "Case No. CR-24-06-GF-BMM." |

        The 01/06/2025 Judgment in this case mandated the fine be paid in full within 180 days. As of this writing the defendant has paid a total of $420.26 toward the $24,000 total financial obligation.

2      **Special Condition 7: IS IT ORDERED** the defendant shall make a community service payment of $4,000, which is onto more than one-quarter of the criminal fine, to the National FIsh and Wildlife Foundation, Attention: Chief Financial Officer, 1133 15th Street NW, Suite 1100, Washington DC, 20005, Case No: 0977 4:24CR00006-001.

        The 01/06/2025 Judgment in this case mandated the fine be paid in full within 180 days. As of this writing the defendant has paid a total of $420.26 toward the $24,000 total financial obligation.

## U.S. Probation Officer Action:

The defendant was directed to pay his fine within the allowed time period. This report is to notify the Court that the defendant has failed to uphold his agreement. This officer respectfully recommends the defendant be allowed to remain in the community.

Reviewed                                         Respectfully Submitted

By:                                                By:

Nichole Anderson                        Peyton Jones
Supervising United States Probation Officer    United States Probation Officer
Date: 08/26/2025                           Date: 08/26/2025

## ORDER OF COURT

Agrees with U.S. Probation Officer's recommendation.

Brian Morris, Chief District Judge
United States District Court

08/26/2025
Date