# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MONTANA
### Petition for Summons for Offender Under Supervision

**Name of Offender:** Arthur Jack Schubarth     **Docket Number:** 0977 4:24CR00006-001

**Name of Sentencing Judicial Officer:**   THE HONORABLE BRIAN MORRIS
CHIEF UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/30/2024

**Original Offense:** 16:3372.F; PROHIBITED ACTS - OTHER THAN MARKING OFFENSE; 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES; 16:3373.F; IMPORTS/EXPORTS FISH - WILDLIFE OR PLANTS

**Original Sentence:**   6 months Bureau of Prisons, to be followed by 36 months supervised release

**Type of Supervision:** Probation     **Date Supervision Commenced:** 01/06/2025

**Assistant U.S. Attorney:** Jeffrey K. Starnes
PO Box 3447, 119 1st Avenue North, Suite 300, Great Falls, MT 59403-3447, (406) 761-7715

**Defense Attorney:** Jason T. Holden
Faure Holden Attorneys At Law Pc, 1314 Central Ave, PO Box 2466, Great Falls, MT 59403, 406-452-6500

---

## PETITIONING THE COURT

**Background**

On 09/30/2024, the defendant appeared before THE HONORABLE BRIAN MORRIS, Chief United States District Judge, having plead guilty to the offenses of 16:3372.F; PROHIBITED ACTS - OTHER THAN MARKING OFFENSE; 18:371.F; CONSPIRACY TO DEFRAUD THE UNITED STATES; 16:3373.F; IMPORTS/EXPORTS FISH - WILDLIFE OR PLANTS. The offenses involved the defendant engaging in unlawful breeding activity of Marco Polo argali sheep and bighorn sheep. He falsely identified the illicit offspring and sold them throughout the United States. The defendant was sentenced to 6 months imprisonment; however, he never had to report to custody due to his sentence being reduced to 3 years probation pursuant to Rule 35, on 01/06/2025. He began his term of supervision that same date.

Since that time, the probation officer believes the defendant has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition 6: IT IS ORDERED** that the defendant has the ability |

to pay a fine and hereby orders the defendant pay a fine of $20,000. Payment shall be sent to: Lacey Act Reward Fund, USFWS, Cost Accounting Section, P.O. Box 272065, Denver, CO 80227-9060, "Case No. CR-24-06-GF-BMM."

The 01/06/2025 Judgment in this case mandated the fine be paid in full within 180 days. As of this writing the defendant has paid a total of $420.26 toward the $24,000 total financial obligation.

2   **Special Condition 7: IS IT ORDERED** the defendant shall make a community service payment of $4,000, which is onto more than one-quarter of the criminal fine, to the National FIsh and Wildlife Foundation, Attention: Chief Financial Officer, 1133 15th Street NW, Suite 1100, Washington DC, 20005, Case No: 0977 4:24CR00006-001.

The 01/06/2025 Judgment in this case mandated the fine be paid in full within 180 days. As of this writing the defendant has paid a total of $420.26 toward the $24,000 total financial obligation.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a summons.

| Reviewed | Respectfully Submitted |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Nichole Anderson | Peyton Jones |
| Supervising United States Probation Officer | United States Probation Officer |
| Date: 08/27/2025 | Date: 08/27/2025 |

### ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a summons. Considered and ordered this 27th day of August, 2025, to be filed and made a part of the records in the above case.

*[signature: Brian Morris]*

Brian Morris, Chief District Judge
United States District Court

08/27/2025
Date