IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR "JACK" SCHUBARTH,<br><br>Defendant. | CR 24-06-GF-BMM<br><br>ORDER |

The United States has filed a motion seeking to dismiss the revocation petition filed against the defendant on August 27, 2025. The petition alleged that the defendant had not paid his financial obligations in full. *See* (*id*.) at 2. On September 22, 2025, the Court held the revocation hearing in abeyance to allow the defendant to pay his fines. *See* (Doc. 63). It appears the defendant has now paid his monetary obligations as required. *See* (Doc. 64). The defendant does not oppose the motion. Therefore, IT IS ORDERED that the United States' motion is GRANTED. The revocation petition, (Doc. 56), is DISMISSED.

DATED this 3rd day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Courts